FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 2 8 2008

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ELTON BRENT PRICE,                    §
                                      §
        Plaintiff,                    §          CIVIL ACTION FILE
                                      §
v.                                    §          NO: 1 08-CV-3653
                                      §
NCO FINANCIAL SYSTEMS,                §          JURY TRIAL DEMANDED
Inc.                                  §
        Defendant.                    §          CAP

## COMPLAINT

COMES NOW ELTON PRICE and files this his Complaint against NCO

FINANCIAL SYSTEMS, INC, for its violation of the Fair Debt Collections

Practices Act and shows this Honorable Court as follows:

## JURISDICTION

1.     Jurisdiction of this Court is proper under 28 U.S.C. § 1331 and 15

U.S.C. §1692k(d).

2.     This action arises out of Defendants' violation of the Fair Debt

Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA").

- 1 -

## PARTIES

3.     Plaintiff Elton Price is a natural person who resides in Fulton County, Georgia, and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4.     NCO Financial Systems, Inc. (hereinafter "NCO") is a Pennsylvania corporation with its principle place of business being 3850 N. Causeway Boulevard #1240, Metairie, LA 70002.

5.     NCO is a "debt collector" as defined by 15 U.S.C. §1692a(6) and can be served with this summons at its registered office to wit: CT Corporation System, 1201 Peachtree Street, N.E., Atlanta, Georgia 30361.

## FACTUAL ALLEGATIONS

6.     On or about May 10, 2008 the Plaintiff allegedly incurred a debt from FedEx Customer Information Services, Inc. (FedEx) in the amount of $96.88.

7.     On or about October 29, 2008, the Defendant submitted an invoice (internal file no. 9182845) dated October 27 for $121.10 to the Plaintiff.

8.     The above amount included a "Collection Fee/Other" (Collection Fee) in the amount of $24.22.

9.     This amount is precisely 25 percent more than the original alleged debt.

10.     The "Collection Fee" was not authorized by any agreement between the Plaintiff and FedEx, expressly or otherwise.

- 2 -

11.   The "Collection Fee" was not permitted by law.

12.   The assessment of this "Collection Fee" was in violation of 15 USC § 1692f(1).

## TRIAL BY JURY

13.   Plaintiff is entitled to and hereby demands a trial by jury. U.S. Const. amend. 7. Fed. R. Civ. P. 38.

## CAUSE OF ACTION

## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

## 15 U.S.C. § 1692f(1)

14.   Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

15.   The foregoing acts of Defendants constitute a violation of the FDCPA.

16.   As a result of Defendants' violation of the FDCPA, Plaintiff has suffered actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in the amount of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable fees and costs pursuant to 15 U.S.C. § 1692k(a)(3).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendant for:

a)   an award of actual damages pursuant to 15 U.S.C. §

1692k(a)(1) against Defendants;

b)   an award of statutory damages of $1,000.00 pursuant to

15 U.S.C. §1692k(a)(2)(A) against each Defendant;

c)   an award of costs of litigation and reasonable attorney's

fees pursuant to 15 U.S.C. § 1692k(a)(3) against Defendants;

d)   such other and further relief as may be just and proper.


Dated this 25th day of November, 2008.   Respectfully submitted,


ELTON B. PRICE, Plaintiff
10800 Alpharetta Highway
Bldg. 208, Suite 424
Roswell, Georgia 30076
(678) 315-4698
eltonprice@gmail.com

- 4 -